PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Dr., Suite 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE GAMEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUMMIT NATURALS INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-05894-DSF-KS<br><br>**NOTICE OF SETTLEMENT**<br>**[L.R. 16-15.7]**<br><br>Complaint Filed: July 15, 2022<br>Action Removed: August 19, 2022 |

**TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated a dismissal of the entire action will be filed within forty-five (45) days of the date of this Notice.

Dated: November 30, 2022          PACIFIC TRIAL ATTORNEYS

                                  By: */s/ Scott J. Ferrell*
                                       Scott J. Ferrell
                                       Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2022, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                        */s/ Scott J. Ferrell Esq.*
                                        Scott J. Ferrell, Esq.